1
2
3
4
5
6
7
8               **UNITED STATES DISTRICT COURT**

9               **NORTHERN DISTRICT OF CALIFORNIA**

10                      **SAN JOSE DIVISION**

11

12   JENNIFER BOND,                          Case No. 5:18-cv-00833 NC

13              Plaintiff,                    **SUA SPONTE JUDICIAL
                                              REFERRAL FOR PURPOSES OF**
14        v.                                  **DETERMINING RELATIONSHIP
                                              OF CASES**
15   APPLE, INC.,

16              Defendant.

17

18        In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the

19   above captioned case is referred to District Judge Edward J. Davila to determine whether it

20   is related to 5:17-cv-07274, Keaton Harvey v. Apple, Inc.

21        IT IS SO ORDERED.

22

23   Date:  February 15, 2018        _____

24                                   Nathanael M. Cousins
                                     United States Magistrate Judge
25

26

27

28